UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DONALD MILLER,

                    Plaintiff,

    - against -

LONG ISLAND RAILROAD a/k/a MTA LONG ISLAND
RAILROAD and AMTRAK a/k/a NATIONAL PASSENGER
RAILROAD CORPORATION,

                    Defendant.
-------------------------------------------------------------X

## ANSWER

05 CV 4828 (J.Marrero)

      Defendant NATIONAL RAILROAD PASSENGER CORPORATION ("Amtrak")

(collectively "Defendant"), by their attorneys, Landman Corsi Ballaine & Ford P.C., hereby

answers the Verified Complaint herein as follows:

      1: Defendant denies knowledge or information sufficient to form a belief as to the truth

of the allegations contained in paragraph "FIRST" of the Verified Complaint.

      2: Defendant denies knowledge or information sufficient to form a belief as to the truth

of the allegations contained in paragraph "SECOND" of the Verified Complaint.

      3: Defendant denies knowledge or information sufficient to form a belief as to the truth

of the allegations contained in paragraph "THIRD" of the Verified Complaint.

      4: Defendant denies knowledge or information sufficient to form a belief as to the truth

of the allegations contained in paragraph "FOURTH" of the Verified Complaint and refer all

matters of law to the Court.

      5: Defendant admits the truth of each and every allegation contained in paragraph

"FIFTH" of the Verified Complaint.

6: Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "SIXTH" of the Verified Complaint.

7: Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "SEVENTH" of the Verified Complaint.

## WITH RESPECT TO A FIRST CAUSE OF ACTION

8: Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "EIGHTH" of the Verified Complaint.

9: Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "NINTH" of the Verified Complaint.

10: Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "TENTH" of the Verified Complaint.

11: Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "ELEVENTH" of the Verified Complaint.

12: Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "TWELFTH" of the Verified Complaint.

13: Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "THIRTEENTH" of the Verified Complaint.

14: Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "FOURTEENTH" of the Verified Complaint.

15: Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "FIFTEENTH" of the Verified Complaint.

16: Defendant denies the truth of each and every allegation contained in paragraph

"SIXTEENTH" of the Verified Complaint.

17:  Defendant denies the truth of each and every allegation contained in paragraph "SEVENTEENTH" of the Verified Complaint.

18:  Defendant denies the truth of each and every allegation contained in paragraph "EIGHTEENTH" of the Verified Complaint.

19:  Defendant denies the truth of each and every allegation contained in paragraph "NINETEENTH" of the Verified Complaint.

## WITH RESPECT TO A SECOND CAUSE OF ACTION

20:  With respect to the allegations contained in paragraph "TWENTIETH" of the Verified Complaint, defendant repeats, reiterates and realleges each and every response contained in paragraphs "1" through "19" of this Verified Answer with the same force and effect as if fully set forth at length herein.

21:  Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "TWENTY-FIRST" of the Verified Complaint.

22:  Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "TWENTY-SECOND" of the Verified Complaint.

23:  Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "TWENTY-THIRD" of the Verified Complaint.

24:  Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "TWENTY-FOURTH" of the Verified Complaint.

25:  Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "TWENTY-FIFTH" of the Verified Complaint.

26:  Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "TWENTY-SIXTH" of the Verified Complaint.

27:  Defendant denies the truth of each and every allegation contained in paragraph "TWENTY-SEVENTH" of the Verified Complaint.

28:  Defendant denies the truth of each and every allegation contained in paragraph "TWENTY-EIGHTH" of the Verified Complaint.

29:  Defendant denies the truth of each and every allegation contained in paragraph "TWENTY-NINTH" of the Verified Complaint.

30:  Defendant denies the truth of each and every allegation contained in paragraph "THIRTIETH" of the Verified Complaint.

## WITH RESPECT TO A THIRD CAUSE OF ACTION

31:  With respect to the allegations contained in paragraph "THIRTY-FIRST" of the Verified Complaint, defendant repeats, reiterates and realleges each and every response contained in paragraphs "1" through "30" of this Verified Answer with the same force and effect as if fully set forth at length herein.

32:  Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "THIRTY-SECOND" of the Verified Complaint.

33:  Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "THIRTY-THIRD" of the Verified Complaint.

34:  Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "THIRTY-FOURTH" of the Verified Complaint.

35:  Defendant denies knowledge or information sufficient to form a belief as to the

truth of the allegations contained in paragraph "THIRTY-FIFTH" of the Verified Complaint.

36:  Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "THIRTY-SIXTH" of the Verified Complaint.

37:  Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "THIRTY-SEVENTH" of the Verified Complaint.

38:  Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "THIRTY-EIGHTH" of the Verified Complaint.

39:  Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "THIRTY-NINTH" of the Verified Complaint.

40:  Defendant denies the truth of each and every allegation contained in paragraph "FORTIETH" of the Verified Complaint.

41:  Defendant denies the truth of each and every allegation contained in paragraph "FORTY-FIRST" of the Verified Complaint.

42:  Defendant denies the truth of each and every allegation contained in paragraph "FORTY-SECOND" of the Verified Complaint.

43:  Defendant denies the truth of each and every allegation contained in paragraph "FORTY-THIRD" of the Verified Complaint.

## WITH RESPECT TO A FOURTH CAUSE OF ACTION

44:  With respect to the allegations contained in paragraph "FORTY-FOURTH" of the Verified Complaint, defendant repeats, reiterates and realleges each and every response contained in paragraphs "1" through "43" of this Verified Answer with the same force and effect as if fully set forth at length herein.

45: Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "FORTY-FIFTH" of the Verified Complaint.

46: Defendant denies the truth of each and every allegation contained in paragraph "FORTY-SIXTH" of the Verified Complaint, except admit that Amtrak operated a train in or about the New York Pennsylvania Station on April 19, 2004.

47: Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "FORTY-SEVENTH" of the Verified Complaint.

48: Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "FORTY-EIGHTH" of the Verified Complaint.

49: Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "FORTY-NINTH" of the Verified Complaint.

50: Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "FIFTIETH" of the Verified Complaint.

51: Defendant denies the truth of each and every allegation contained in paragraph "FIFTY-FIRST" of the Verified Complaint.

52: Defendant denies the truth of each and every allegation contained in paragraph "FIFTY-SECOND" of the Verified Complaint.

53: Defendant denies the truth of each and every allegation contained in paragraph "FIFTY-THIRD" of the Verified Complaint.

## FIRST AFFIRMATIVE DEFENSE

54: Any injuries suffered by plaintiff were caused solely by his own negligence and not by any negligence of the defendant.

394004.1 DocsNY

## SECOND AFFIRMATIVE DEFENSE

55:  Any injuries suffered by plaintiff were caused, in part, by his own negligence, and any recovery by plaintiff must be diminished in proportion to that part of his injuries attributable to his own negligence.


## THIRD AFFIRMATIVE DEFENSE

56:  Any injuries suffered by plaintiff were not caused by a negligent act or omission of defendant or any individual acting under their direction or control.

## FOURTH AFFIRMATIVE DEFENSE

57:  Plaintiff failed to mitigate or otherwise act to lessen or reduce the damages alleged in the Verified Complaint.

**WHEREFORE**, defendant demands judgment dismissing the Verified Complaint herein, together with their costs and disbursements, and such other and further relief as this Court deems appropriate.

Dated:        New York, New York
              May 20, 2005

                              Respectfully submitted,

                              LANDMAN CORSI BALLAINE & FORD P.C.

                        By:_____
                              Ronald E. Joseph, Esq. (RJ9302)
                              Attorneys for Defendant
                              NATIONAL RAILROAD PASSENGER CORPORATION
                              120 Broadway, 27th Floor
                              New York, New York  10271-0079
                              (212) 238-4800

394004.1 DocsNY                         7

TO:   LAW OFFICES OF DANIEL P. BUTTAFUOCO & ASSOCIATES, PLLC
Attorneys for Plaintiff
144 Woodbury Road
Woodbury, New York 11797
(516) 746-8100

Sean P. Constable, Esq.
General Attorney
MTA Long Island Railroad
Jamaica Station
Jamaica, New York 11435-4380
(718) 558-7400

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )


     **MARCHETA R. IVORY**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at BROOKLYN, NEW YORK.

     That on the 20th   day of May, 2005 deponent served the within **ANSWER** upon

                       LAW OFFICES OF DANIEL P. BUTTAFUOCO &
                       ASSOCIATES, PLLC
                       Attorneys for Plaintiff
                       144 Woodbury Road
                       Woodbury, New York 11797
                       (516) 746-8100

                       Sean P. Constable, Esq.
                       Deputy Attorney General
                       MTA Long Island Railroad
                       Jamaica Station
                       Jamaica, New York 11435-4380
                       (718) 558-7400

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                 Marcheta R. Ivory

Sworn to before me this
20TH day of May 2005


       Notary

               REGINA CAJIGAS
          Notary Public, State of New York
               No. 01CA6032498
            Qualified in Kings County
        Commission Expires November 1, 20O5